**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORNOW, INC., <br>                  Plaintiff, <br>    v. <br> CIGNA CORPORATION, *et al.*, <br>                  Defendants. | Case No. 2:24-cv-06139-FLA (MARx) <br><br> **ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT [DKT. 22]** |

On November 4, 2024, Plaintiff DoctorNow, Inc. ("Plaintiff") and Defendants The Cigna Group,[1] Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Health Management, Inc., and Cigna Healthcare of California, Inc. (collectively, "Defendants") filed a Joint Stipulation ("Stipulation") to Remand Action to State Court. Dkt. 22. Having reviewed the Stipulation and finding good cause therefor, the court hereby ORDERS as follows:

1. The parties' Stipulation is APPROVED.

2. The subject action, Case No. 2:24-cv-06139-FLA (MARx), is hereby REMANDED to the Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: November 8, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] The parties stipulate that the Cigna Group replaced the Cigna Corporation in February 2023. Dkt. 22 at 2 n. 1.